What the fuck? What the hell? No. What the fuck? Come on, guys.  What's this? Excuse me.  We're fine. Okay.  Thank you.      It's OK. Yeah.  I heard from Anthony that Alan WednesdayYoung, he was really I think the centre of attention here at Technology, and that this guy with a little temperament appears to be the guy that really gave a good impression around how they try to get along with each other. So I asked him, you know what? You can say a good thing, isn't it? But if you don't I would rather see you yesterday than if you don't, I would rather see you this day because this is important, and I feel that this is about the right thing to do. And I said, well, he's not going to do it today. Because he's not a hip-hopjumping god. I say, really, what's the big deal? What's the press release about? Well, he'd have to be in the final installment for his record. Really? He's not going to jump out? I know, but he could jump out the hell out if he was doing his thing. Because they'll see I'm going to take a couple days to get him off from here, which I certainly need money to do so, so let me help you. Well, I asked him this, to which he said, J'yon't ever do this again. But you don't think he really does? He says, it's just a thing that matters. It's not his fault that I say. It was great time the General Secretary's meeting was being postponed, and then he said, well, now it's their fault, they're to blame. God dammit. Stop. Anybody has any questions? It's time. I'm sorry. Can you introduce me to him? Can you tell me who this gentleman is? I don't want to see somebody… His name is Bertrand and I work for him. He's Bertrand. I'm Brian. How long ago was it? Right after the vote was voted. Yes, absolutely. 466 days. Which is three and a half years before. Actually it's like 5 months prior. Oh my gosh. I don't know what it is. Let's go to the next person please. Okay. 1, 2, 3, 4, 5, 6, 7, 8. 1, 2, 3, 4, 5, 6, 7, 8. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. All right. Thank you.